# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHAZZ WHITE, <br><br> Defendant. | Case No. 23-CR-77-28-JPS <br><br> **ORDER** |

On April 25, 2023 the Government filed a forty-three count Indictment in which Defendant Chazz White ("Defendant") was charged in six counts with violating 18 U.S.C. §§ 371, 922(g)(1), 924(a)(8), 924(c)(1)(A)(i), 1341, 1349, and 2(a) and 21 U.S.C. § 841(a)(1) and (b)(1)(C). ECF No. 1. On May 23, 2024, the parties filed a plea agreement indicating that Defendant would plead guilty to Counts One and Thirty-Nine in the Indictment, with the Government to move to dismiss the remaining counts as to Defendant at the time of sentencing. ECF No. 395.

The parties appeared before Magistrate Judge Stephen C. Dries on June 26, 2024 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 449. Defendant entered a plea of guilty as to Counts One and Thirty-Nine in the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id*.

The same day, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 450. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 450, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 18th day of July, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge